United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Susan M. Cornaglia  
    Debtor

Case No. 18-13688-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Jun 05, 2018  
                      Form ID: 130       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2018.  
db         +Susan M. Cornaglia,   2538 S. Hicks Street,   Philadelphia, PA 19145-4604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2018 at the address(es) listed below:  
        BRAD J. SADEK     on behalf of Debtor Susan M. Cornaglia brad@sadeklaw.com,   bradsadek@gmail.com  
        FREDERICK L. REIGLE     ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                    TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          Chapter: 13
   Susan M. Cornaglia
           Debtor(s)              Bankruptcy No: 18−13688−jkf

*O R D E R*

**AND NOW,** this 5th day of June, 2018 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Atty Disclosure Statement due 06/18/2018
    Chapter 13 Plan due by 06/18/2018
    Chapter 13 Statement of Your Current Monthly Income and
    Calculation of Commitment Period Form 122C−1 Due 06/18/2018
    Means Test Calculation Form 122C−2 due 06/18/2018
    Schedules AB−J due 06/18/2018
    Statement of Financial Affairs due 06/18/2018
    Summary of Assets and Liabilities Form B106 due 06/18/2018

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

                By the Court

                Jean K. FitzSimon
        Judge , United States Bankruptcy Court

                5
              Form 130