# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  :  Chapter 13
Susan M. Cornaglia  :
 :  Bankruptcy Case No.: 18-13688JKF
 :

## ORDER

AND NOW, this 19th day of June, 2018, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion that is GRANTED, and it is

FURTHER ORDERED that Debtor shall file all required documents with the Court on or before July 3, 2018.

**Judge Jean K. FitzSimon**