United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Susan M. Cornaglia  
    Debtor  

Case No. 18-13688-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia    Page 1 of 1    Date Rcvd: Jun 19, 2018  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2018.
db           +Susan M. Cornaglia,   2538 S. Hicks Street,   Philadelphia, PA 19145-4604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2018 at the address(es) listed below:
         BRAD J. SADEK    on behalf of Debtor Susan M. Cornaglia brad@sadeklaw.com,   bradsadek@gmail.com
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
         KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2004-1    bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                   TOTAL: 4

# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
|---|---|---|
| Susan M. Cornaglia | : | |
| | : | Bankruptcy Case No.: 18-13688JKF |
| | : | |

## ORDER

AND NOW, this  19th  day of  June  , 2018, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion that is GRANTED, and it is

FURTHER ORDERED that Debtor shall file all required documents with the Court on or before  July 3 , 2018.

**Judge Jean K. FitzSimon**