# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Susan Cornaglia | : | |
| | : | Bankruptcy Case No.: 18-13688JKF |
| | : | |

## ORDER

AND NOW, this __6th__ day of __July__, 2018, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion that is GRANTED, and it is

FURTHER ORDERED that Debtor shall file all required documents with the Court on or before __July 20th__, 2018.

_____
**Judge Jean K. FitzSimon**