

## Pay Voucher

B10 Wells Fargo Bank, N. A.
101 North Phillips Avenue
Sioux Falls, SD  57104

HR Service Center
1-877-HRWELLS (1-877-479-3557)
TDD/TTY 1-800-988-0161

Employer's State ID Number: 4189079

| Team Member Information and Pay Dates | | | Tax Data: | Federal | PA State |
|---|---|---|---|---|---|
| Susan Margo Cornaglia | Employee ID: | 00001015825 | Marital Status: | Married | N/A |
| 2538 South Hicks Street | AU: | 0058727 | Allowances: | 1 | 0 |
| Philadelphia, PA  19145 | Location: | Phil1 | Addl. Amount: | | |
| | Job Title: | WM IFS Associate 2 | | | |
| | Pay Begin Date: | 06/01/2018 | | | |
| | Pay End Date: | 06/30/2018 | | | |
| | Check Date: | 06/15/2018 | | | |

| | Total Gross | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 803.23 | 803.23 | 137.78 | 0.00 | 665.45 |
| YTD | 27,538.09 | 26,411.06 | 6,297.50 | 5,370.31 | 15,870.28 |

### Earnings

| Description | Earnings From Week Ending | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|
| Short Term Disability Benefit | 06/09/2018 | | | 803.23 | | 18,474.34 |
| Regular Pay | | | | 0.00 | 104.00 | 2,610.50 |
| PTO | | | | 0.00 | 96.00 | 2,409.70 |
| Holiday | | | | 0.00 | 24.00 | 602.43 |
| Miscellaneous Absence | | | | 0.00 | 16.00 | 401.62 |
| T.O.P Dollars Imputed Income | | | | 0.00 | | 39.50 |
| Incentive Award-Discretionary | | | | 0.00 | | 3,000.00 |
| **Total:** | | | 0.00 | 803.23 | 240.00 | 27,538.09 |

### Taxes

| Description | Current | Year To Date |
|---|---|---|
| Fed Withholdng | 19.94 | 2,378.28 |
| Fed MED/EE | 11.65 | 382.96 |
| Fed OASDI/EE | 49.80 | 1,637.49 |
| PA Unempl EE | 0.48 | 16.52 |
| PA Withholdng | 24.66 | 810.81 |
| PA PHILADELPHIA Withholdng | 31.25 | 1,071.44 |
| **Total:** | 137.78 | 6,297.50 |

### Before-Tax Deductions

| Description | Current | Year To Date |
|---|---|---|
| Medical Premium | 0.00 | 737.44 |
| Dental Premium | 0.00 | 102.52 |
| Vision Service Plan Premium | 0.00 | 25.52 |
| Full Purpose FSA | 0.00 | 261.55 |
| **Total:** | 0.00 | 1,127.03 |

### After-Tax Deductions

| Description | Current | Year To Date |
|---|---|---|
| Spouse/Partner Optnl Term Life | 0.00 | 41.58 |
| Legal Services | 0.00 | 63.36 |
| Optional Term Life | 0.00 | 95.14 |
| AD&D | 0.00 | 11.55 |
| Dependent Term Life | 0.00 | 7.04 |
| Optional LTD | 0.00 | 59.41 |
| Community Support/United Way | 0.00 | 22.00 |
| 401K Loan Code #1 | 0.00 | 1,177.11 |
| 401K Loan Code #2 | 0.00 | 1,464.43 |
| 401K Loan Code #3 | 0.00 | 1,276.66 |
| TOP Dollars Offset | 0.00 | 25.00 |
| **Total:** | 0.00 | 4,243.28 |

### Net Pay Distribution

| Paycheck Number | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| 92728403 | Checking | XXXX0701 | 665.45 |
| **TOTAL:** | | | 665.45 |



## Pay Voucher

B10 Wells Fargo Bank, N. A.
101 North Phillips Avenue
Sioux Falls, SD 57104

HR Service Center
1-877-HRWELLS (1-877-479-3557)
TDD/TTY 1-800-988-0161

Employer's State ID Number: 4189079

| Team Member Information and Pay Dates | | | Tax Data: | Federal | PA State |
|---|---|---|---|---|---|
| Susan Margo Cornagila | Employee ID: 00001015825 | | Marital Status: | Married | N/A |
| 2538 South Hicks Street | AU: 0058727 | | Allowances: | 1 | 0 |
| Philadelphia, PA 19145 | Location: Phil1 | | Addl. Amount: | | |
| | Job Title: WM IFS Associate 2 | | | | |
| | Pay Begin Date: 05/27/2018 | | | | |
| | Pay End Date: 06/09/2018 | | | | |
| | Check Date: 06/15/2018 | | | | |

| | Total Gross | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,204.85 | 1,102.00 | 215.56 | 486.41 | 502.88 |
| YTD | 26,734.86 | 25,607.83 | 6,159.72 | 5,370.31 | 15,204.83 |

### Earnings

| Description | Earnings From Week Ending | Rate | Current Hours | Earnings | Year To Date Hours | Earnings |
|---|---|---|---|---|---|---|
| Short Term Disability Benefit | 06/09/2018 | | | 1,204.85 | | 17,671.11 |
| Regular Pay | | | 0.00 | 0.00 | 104.00 | 2,610.50 |
| PTO | | | 0.00 | 0.00 | 96.00 | 2,409.70 |
| Holiday | | | 0.00 | 0.00 | 24.00 | 602.43 |
| Miscellaneous Absence | | | 0.00 | 0.00 | 16.00 | 401.62 |
| T.O.P Dollars Imputed Income | | | | 0.00 | | 39.50 |
| Incentive Award-Discretionary | | | | 0.00 | | 3,000.00 |
| **Total:** | | | **0.00** | **1,204.85** | **240.00** | **26,734.86** |

### Taxes

| Description | Current | Year To Date |
|---|---|---|
| Fed Withholdng | 49.82 | 2,358.34 |
| Fed MED/EE | 15.98 | 371.31 |
| Fed OASDI/EE | 68.33 | 1,587.69 |
| PA Unempl EE | 0.72 | 16.04 |
| PA Withholdng | 33.83 | 786.15 |
| PA PHILADELPHIA Withholdng | 46.88 | 1,040.19 |
| **Total:** | **215.56** | **6,159.72** |

### Before-Tax Deductions

| Description | Current | Year To Date |
|---|---|---|
| Medical Premium | 67.04 | 737.44 |
| Dental Premium | 9.32 | 102.52 |
| Vision Service Plan Premium | 2.32 | 25.52 |
| Full Purpose FSA | 24.17 | 261.55 |
| **Total:** | **102.85** | **1,127.03** |

### After-Tax Deductions

| Description | Current | Year To Date |
|---|---|---|
| Community Support/United Way | 2.00 | 22.00 |
| 401K Loan Code #1 | 107.01 | 1,177.11 |
| 401K Loan Code #2 | 133.13 | 1,464.43 |
| 401K Loan Code #3 | 116.06 | 1,276.66 |
| Spouse/Partner Optnl Term Life | 3.78 | 41.58 |
| Legal Services | 5.76 | 63.36 |
| Optional Term Life | 8.70 | 95.14 |
| AD&D | 1.05 | 11.55 |
| Dependent Term Life | 0.64 | 7.04 |
| Optional LTD | 5.43 | 59.41 |
| TOP Dollars Offset | 0.00 | 25.00 |
| **Total:** | **383.56** | **4,243.28** |

### Net Pay Distribution

| Paycheck Number | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| 92557872 | Checking | XXXX0701 | 502.88 |
| **TOTAL:** | | | **502.88** |

**WELLS FARGO**

## Pay Voucher

B10 Wells Fargo Bank, N.A.
101 North Phillips Avenue
Sioux Falls, SD 57104

HR Service Center
1-877-HRWELLS (1-877-479-3557)
TDD/TTY 1-800-988-0161

Employer's State ID Number: 4189079

| Team Member Information and Pay Dates | | | Tax Data: | Federal | PA State |
|---|---|---|---|---|---|
| Susan Margo Cornaglia | Employee ID: | 00001015825 | Marital Status: | Married | N/A |
| 2538 South Hicks Street | AU: | 0058727 | Allowances: | 1 | 0 |
| Philadelphia, PA 19145 | Location: | Phil1 | Addl. Amount: | | |
| | Job Title: | WM IFS Associate 2 | | | |
| | Pay Begin Date: | 05/13/2018 | | | |
| | Pay End Date: | 05/26/2018 | | | |
| | Check Date: | 06/01/2018 | | | |

| | Total Gross | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,008.08 | 1,905.22 | 425.08 | 486.42 | 1,096.58 |
| YTD | 25,530.01 | 24,505.83 | 5,944.16 | 4,883.90 | 14,701.95 |

### Earnings

| Description | Earnings From Week Ending | Rate | Current Hours | Current Earnings | Year To Date Hours | Year To Date Earnings |
|---|---|---|---|---|---|---|
| Short Term Disability Benefit | 05/26/2018 | | | 2,008.08 | | 16,466.26 |
| Regular Pay | | | 0.00 | 104.00 | | 2,610.50 |
| PTO | | | 0.00 | 96.00 | | 2,409.70 |
| Holiday | | | 0.00 | 24.00 | | 602.43 |
| Miscellaneous Absence | | | 0.00 | 16.00 | | 401.62 |
| T.O.P Dollars Imputed Income | | | 0.00 | | | 39.50 |
| Incentive Award-Discretionary | | | 0.00 | | | 3,000.00 |
| **Total:** | | | **0.00** | **2,008.08** | **240.00** | **25,530.01** |

### Taxes

| Description | Current | Year To Date |
|---|---|---|
| Fed Withholdng | 141.51 | 2,308.52 |
| Fed MED/EE | 27.62 | 355.33 |
| Fed OASDI/EE | 118.12 | 1,519.36 |
| PA Unempl EE | 1.21 | 15.32 |
| PA Withholdng | 58.49 | 752.32 |
| PA PHILADELPHIA Withholdng | 78.13 | 993.31 |
| **Total:** | **425.08** | **5,944.16** |

### Before-Tax Deductions

| Description | Current | Year To Date |
|---|---|---|
| Medical Premium | 67.04 | 670.40 |
| Dental Premium | 9.32 | 93.20 |
| Vision Service Plan Premium | 2.32 | 23.20 |
| Full Purpose FSA | 24.18 | 237.38 |
| **Total:** | **102.86** | **1,024.18** |

### After-Tax Deductions

| Description | Current | Year To Date |
|---|---|---|
| Community Support/United Way | 2.00 | 20.00 |
| 401K Loan Code #1 | 107.01 | 1,070.10 |
| 401K Loan Code #2 | 133.13 | 1,331.30 |
| 401K Loan Code #3 | 116.06 | 1,160.60 |
| Spouse/Partner Optnl Term Life | 3.78 | 37.80 |
| Legal Services | 5.76 | 57.60 |
| Optional Term Life | 8.70 | 86.44 |
| AD&D | 1.05 | 10.50 |
| Dependent Term Life | 0.64 | 6.40 |
| Optional LTD | 5.43 | 53.98 |
| TOP Dollars Offset | 0.00 | 25.00 |
| **Total:** | **383.56** | **3,859.72** |

### Net Pay Distribution

| Paycheck Number | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| 92301625 | Checking | XXXX0701 | 1,096.58 |
| **TOTAL:** | | | **1,096.58** |