Certificate Number: 03088-PAE-DE-031779734

Bankruptcy Case Number: 18-13688



03088-PAE-DE-031779734

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 18, 2018</u>, at <u>12:27</u> o'clock <u>PM CDT</u>, <u>Susan M Cornaglia</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>October 18, 2018</u>          By:    <u>/s/David Nungesser for Doug Tonne</u>

                                       Name:  <u>Doug Tonne</u>

                                       Title: <u>Counselor</u>