### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Susan M. Cornaglia<br>　　　　　　　Debtor | CHAPTER 13 |
| U.S. Bank National Association, as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2004-1<br>　　　　　　　Movant<br>　vs. | NO. 18-13688 JKF |
| Susan M. Cornaglia　　　　Debtor<br><br>Michael Cornaglia　　　　Co-Debtor<br><br>William Miller*R　　　　Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 20th day of November, 2018 ~~at Philadelphia~~, upon failure of Debtor, Co-Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay and Codebtor Stay is granted, and both the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at 2538S Hicks St, Philadelphia, Pa 19145 ("Property"), as to Movant, its successors or assignees.

　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.
　　　　　　　　　　　　　　　　　　　　　　　Jean K. FitzSimon

Susan M. Cornaglia
2538 South Hicks Street
Philadelphia, PA 19145

Michael Cornaglia
2538 South Hicks Street
Philadelphia, PA 19145

Brad J. Sadek Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

William Miller*R
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532