# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN OF DISTRICT PENNSYLVANIA

| | |
|---|---|
| IN RE:  Susan M. Cornaglia <br>                         Debtor(s) | |
| | CHAPTER 13 |
| U.S. Bank National Association, as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2004-1, its successors and/or assigns <br>                         Movant <br>         vs. <br> Susan M. Cornaglia <br>                         Debtor(s) <br> William Miller*R <br>                         Trustee | NO. 18-13688 JKF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of U.S. Bank National Association, as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2004-1, which was filed with the Court on or about **August 30, 2018; Docket No. 22**.

                                                                   Respectfully submitted,

                                                            **/s/ Kevin G. McDonald, Esquire**
                                                            Kevin G. McDonald, Esquire
                                                            KML Law Group, P.C.
                                                           BNY Mellon Independence Center
                                                           701 Market Street, Suite 5000
                                                           Philadelphia, PA  19106
                                                           215-627-1322

December 12, 2018