UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

SUSAN M  CORNAGLIA

                                               : Bankruptcy No. 18-13688JKF
    Debtor(s)                        : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Jean K. FitzSimon, B. J.

Dated: January 17, 2019

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

BRAD J SADEK ESQ
SADEK & COOPER LAW OFFICES LLC
1315 WALNUT STREET     SUITE 502
PHILADELPHIA PA 19107-

SUSAN M  CORNAGLIA
2538 S HICKS STREET
PHILADELPHIA,PA.19145