United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 18-13688-jkf
Susan M. Cornaglia                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 1              Date Rcvd: Jan 17, 2019
                              Form ID: pdf900             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2019.
db         +Susan M. Cornaglia,    2538 S. Hicks Street,    Philadelphia, PA 19145-4604
14116928   +First Premier Bank,    Po Box 5524,    Sioux Falls, SD 57117-5524
14130259   +Intercoastal Financial, LLC,    7954 Transit Rd. #144,    Williamsville NY 14221-4117
14116929   +Phelan Hallinan Diamond and Jones,    1617 JFK blvd.,    Suite 1400,
             Philadelphia, PA 19103-1814
14116930   +U.S. Bank National Association,    PO Box 21977,    Saint Paul, MN 55121-0977

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: megan.harper@phila.gov Jan 18 2019 02:51:05     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 18 2019 02:50:39
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 18 2019 02:51:03     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14169723    E-mail/PDF: resurgentbknotifications@resurgent.com Jan 18 2019 02:53:33
             Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
             Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
             Greenville, SC 29603-0587
14173333   +E-mail/Text: bnc@atlasacq.com Jan 18 2019 02:50:24     Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303
14235939    E-mail/Text: megan.harper@phila.gov Jan 18 2019 02:51:05     City of Philadelphia,
             Law Department  Tax & Revenue Unit,    Bankruptcy Group, MSB,
             1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102-1595
14116927   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 18 2019 02:50:34       Comenitybank/anntylr,
             Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14184102    E-mail/Text: jennifer.chacon@spservicing.com Jan 18 2019 02:51:35
             U.S. Bank National Association,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
             Salt Lake City, UT 84165-0250
14116931   +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 18 2019 02:50:21
             Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
             Weldon Springs, MO 63304-2225
14116932   +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 18 2019 02:50:20
             Verizon,    Attn: Wireless Bankrupty Admin,    500 Technology Dr Ste 500,
             Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2019 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Susan M. Cornaglia brad@sadeklaw.com, bradsadek@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank National Association, as trustee, in trust
               for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2004-1
               bkgroup@kmllawgroup.com
              SCOTT  WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                       :

SUSAN M   CORNAGLIA

                                             : Bankruptcy No. 18-13688JKF
        Debtor(s)                            : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Jean K. FitzSimon, B. J.

Dated: January 17, 2019

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

BRAD J SADEK ESQ
SADEK & COOPER LAW OFFICES LLC
1315 WALNUT STREET     SUITE 502
PHILADELPHIA PA 19107-

SUSAN M   CORNAGLIA
2538 S HICKS STREET
PHILADELPHIA,PA.19145